**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of **Delaware**
(State)

Case number (If known): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Children's Museum of the Arts, Inc.

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    13-3520970

4. **Debtor's address**

   **Principal place of business**
   101 AVENUE OF THE AMERICAS, 9TH FL
   NEW YORK NY 10013 USA
   Number    Street

   _____
   City    State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   CMA Storage Unit c/o HERE Arts
   85 Watts St
   New York, NY 10013
   City    State    ZIP Code

5. **Debtor's website (URL)**    https://www.cmany.org/

Debtor  Children's Museum of the Arts, Inc._____  Case number (*if known*)_____
      <sub>Name</sub>

| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☒ Other. Specify: __nonprofit organization_____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

B. *Check all that apply:*

    ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    _7_ _1_ _2_ _1_ ___ ___ ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

    ☒ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check **all** that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No |
|---|---|---|
| | | ☐ Yes.  District _____ When _____ Case number _____ |
| | |                                   MM / DD / YYYY |
| | |        District _____ When _____ Case number _____ |
| | |                                   MM / DD / YYYY |

| Debtor | Children's Museum of the Arts, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.    Debtor _____    Relationship _____
         District _____    When _____
                                                    MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street
_____
_____    _____  _____
City                        State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | Children's Museum of the Arts, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/07/2024
MM / DD / YYYY

✗  /s/ Allison Russo                              Allison Russo
Signature of authorized representative of debtor    Printed name

Title  Board President, Children's Museum of the Arts

**18. Signature of attorney**

✗  /s/ Sean T. Greecher            Date  10/07/2024
Signature of attorney for debtor         MM / DD / YYYY

Sean T. Greecher
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 N. King Street
Number        Street

Wilmington                        DE          19801
City                              State       ZIP Code

302-571-6600                      sgreecher@ycst.com
Contact phone                     Email address

4484                              Delaware
Bar number                        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# SECRETARY'S CERTIFICATE

The undersigned, being the secretary of Children's Museum of the Arts, Inc. (the "Organization"), hereby certifies as follows:

1. I am the duly qualified and elected secretary of the Organization and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Organization.

2. Attached hereto as Exhibit 1 is a true and complete copy of the Resolutions of the Board of Directors (the "Board") of the Organization (the "Resolutions"), duly adopted on October 2, 2024.

3. Such Resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the Resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 7th day of October, 2024.

/s/ Jillian Marcus  
Name: Jillian Marcus  
Secretary

32129690.1

1

**Exhibit 1**

**Resolutions**

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# CHILDREN'S MUSEUM OF THE ARTS, INC.

## OCTOBER 2, 2024

The board of trustees (the "Board") of Children's Museum of the Arts, Inc. (the "Organization"), following due deliberation at the meeting of the Board held on the date written above, hereby take the following actions and adopt the following resolutions pursuant to the Organization's organizational documents and the laws of the State of Delaware:

**WHEREAS**, the Board has considered the financial and operational condition of the Organization, including, without limitation, the historical revenue performance of the Organization, the assets of the Organization, the liabilities of the Organization, the long-term viability of the Organization, and presentations by the legal advisors to the Organization regarding the strategic alternatives available to the Organization and the relative risks and benefits of pursuing a case under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Board has consulted with the legal advisors to the Organization and fully considered each of the strategic alternatives available to the Organization.

**NOW, THEREFORE, BE IT:**

**Chapter 7 Filing**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Organization, its creditors, and other parties in interest that the Organization shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**RESOLVED**, that Allison Russo, Jessica Ogilvie, and Jillian Marcus, solely in their capacities as members of the Board and not in their individual capacities (each an "Authorized Person" and, together, the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and hereby are, authorized, empowered, and directed to execute and file on behalf of the Organization all petitions, schedules, lists, and other pleadings, papers, or documents, and to take any and all action that they deem necessary or proper, to obtain such relief.

**General**

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Person, each Authorized Person (and her designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Organization, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's (or her designees' or delegates') judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that the Board has received sufficient notice of the actions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Organization, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Organization, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Organization with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board.

**RESOLVED**, that each Authorized Person (and her designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action, in the name of the Organization with respect to the actions contemplated by the foregoing resolutions, as such Authorized Person shall deem necessary or desirable in her reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the foregoing resolutions.

\* \* \* \* \*