# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHILDREN'S MUSEUM OF THE ARTS, INC.,[1] | Case No. 24-_____ (___) |
| Debtor. | |

## DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX

I, Allison Russo, Board President of the above-captioned debtor (the "Debtor"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the Debtor's books and records; the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of these chapter 7 cases, but are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not and should not be deemed to constitute: (1)

---

[1] The Debtor in the above captioned Chapter 7 Case, along with the last four digits of each Debtor's federal tax identification number, is as follows: Children's Museum of the Arts, Inc. (0970). The Debtor's principal place of business is 101 Avenue of the Americas, 9th Fl., New York, NY 10013.

32161790.1

an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Date: October 7, 2024　　　　　　　　　　　　Children's Museum of the Arts, Inc.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Allison Russo*
　　　　　　　　　　　　　　　　　　　　　　　[title] Board President

32161790.1

```
U.S. Small Business Administration
409 3rd St, SW.
Washington DC 20416

BLACKBAUD INC.
P .O. Box 830413
Philadelphia, PA 19182-0413

Cultural Counsel
311 E. Broadway, 4th Floor
New York, NY  10004

Equifax/HIREtech
PO Box 940664
Houston, TX  77094

LEAF
P.O. BOX 5066
HARTFORD, CT 06102-5066

Nonprofit Finance Fund
5 Hanover Square, 9th Floor
New York, NY  10004

Seth Cameron
810 Broadway, #7A
New York, NY 10003
```